# UNITED STATES DISTRICT COURT

DISTRICT OF _____ NEVADA _____

UNITED STATES OF AMERICA

V.

MICHAEL DEREK MUISE

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: _____ 2:12-mj-0790-PAL _____

CHARGING DISTRICTS
CASE NUMBER: _____ 12CR 656 _____

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the ___ Southern ___ District of ___ Texas, Houston Division ___ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the _____ (Not Applicable) _____
*Place and Address*
, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) ___ U.S. District Court, 515 Rusk, Houston TX ___ on ___ 11/29/2012 @ 2:00pm ___ .
*Date and Time*

_____
*Signature of Judge*

___ 11/16/2012 ___
*Date*

PEGGY A. LEEN, United States Magistrate Judge
*Name and Title of Judge*